**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ty KINNEY, Petitioner**

**No. 239 MAL 2017**

Supreme Court of Pennsylvania.

August 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**